Demetric Gray PEARSON,
Plaintiff—Appellant,

v.

Stuart O. SIMMS, Secretary; Captain Neder; Steven Roach; Jeff Nimes; David Lancaster, Lieutenant; Steve Zollner; William Sondervan, Doctor, Defendants—Appellees.

No. 04–6018.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Demetric Gray Pearson, Appellant pro se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Demetric Gray Pearson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See Pearson v. Simms,* No. CA–02–3647–8–RDB (D. Md. filed Dec. 11, 2003 & entered Dec. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*